1  MICHAEL F. BOHN, ESQ.
   Nevada Bar No.: 1641
2  mbohn@bohnlawfirm.com
   ADAM R. TRIPPIEDI, ESQ.
3  Nevada Bar No.: 12294
   atrippiedi@bohnlawfirm.com
4  LAW OFFICES OF
   MICHAEL F. BOHN, ESQ., LTD.
5  376 East Warm Springs Road, Ste. 140
   Las Vegas, Nevada  89119
6  (702) 642-3113/ (702) 642-9766 FAX

7  Attorney for defendant Daisey Trust

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., | CASE NO.: 2:16-CV-00467 |
| Plaintiff, | |
| vs. | |
| SUNRISE RIDGE MASTER HOMEOWNERS ASSOCIATION; DAISEY TRUST; and NEVADA ASSOCIATION SERVICES, INC., | **STIPULATION AND ORDER TO EXTEND THE DATE FOR DEFENDANT DAISEY TRUST TO FILE ITS OPPOSITION BRIEF** (First Request) |
| Defendants. | |
| DAISEY TRUST, | |
| Counterclaimant, | |
| vs. | |
| BANK OF AMERICA, N.A., | |
| Counterdefendant. | |

IT IS HEREBY STIPULATED AND AGREED by and between plaintiffs Bank of America, N.A., by and through its attorney Scott Lachman, Esq., and Defendant Daisey Trust, by and through it's attorney, Michael F. Bohn, Esq. that the date for defendant Daisey Trust to file its opposition to the plaintiff's motion for partial summary judgment (ECF 47) filed on December 1, 2017 shall be extended

1

from December 22, 2017 until January 5, 2018.

This is the first extension for this brief.

DATED this 26th day of December, 2017.

| AKERMAN, LLP | LAW OFFICES OF<br>MICHAEL F. BOHN, ESQ., LTD. |
|---|---|
| By: /s/ /Scott Lachman, Esq./<br>Scott Lachman, Esq.<br>1635 Village Center Circle<br>Suite 200<br>Las Vegas, NV 89134<br>Attorney for plaintiff | By: /s/ /Michael F. Bohn, Esq. /<br>Michael F. Bohn, Esq.<br>376 East Warm Springs Road, Ste. 140<br>Las Vegas, Nevada 89119<br>Attorney for defendant Daisey Trust |

IT IS SO ORDERED this _27th_ day of December, 2017.

_____
UNITED STATES DISTSRICT JUDGE

Respectfully submitted by:

LAW OFFICES OF
MICHAEL F. BOHN, ESQ. LTD.

By: /s/ /Michael F. Bohn, Esq. /
   MICHAEL F. BOHN, ESQ.
   376 E. Warm Springs Rd., Ste. 140
   Las Vegas, NV 89119
   Attorney for defendant Daisey Trust

2