LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C.
J. WILLIAM EBERT, ESQ.
Nevada Bar No. 2697
MEGAN H. HUMMEL, ESQ.
Nevada Bar No. 12404
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
(702) 382-1500 - Telephone
(702) 382-1512 - Facsimile
bebert@lipsonneilson.com
mhummel@lipsonneilson.com

*Attorneys for Sunrise Ridge Master Homeowners Association*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., <br><br> Plaintiff, <br><br> vs. <br><br> SUNRISE RIDGE MASTER HOMEOWNERS ASSOCIATION; DAISEY TRUST; and NEVADA ASSOCIATION SERVICES, INC., <br><br> Defendants. | CASE NO.: 2:16-cv-00467-MMD-CWH <br><br> **DEFENDANT SUNRISE RIDGE MASTER HOMEOWNERS STIPULATION AND ORDER TO EXTEND RESPONSE TO DAISY TRUST'S MOTION TO STAY CASE** |

Defendant SUNRISE RIDGE MASTER HOMEOWNERS ASSOCIATION ("HOA") and Plaintiff BANK OF AMERICA, N.A., by and through their respective counsel hereby agree and stipulate as follows:

IT IS HEREBY AGREED AND STIPULATED, that the deadline for Defendant HOA to Respond to Defendant Daisy Trust's Motion to Stay Case shall be extended by 10 days. The HOA's Response was originally due on December 27, 2017. The Order was issued during the time that the HOA's attorney is out of the Country due to the Holidays and will not be returning until after the New Year. The parties have entered into the agreement in good faith and not for purposes of delay. This is the parties' way of accommodating each other given the circumstances.

Counsel for the HOA has attempted to contact counsel for NAS regarding the Stipulation and was advised that counsel for NAS is out of the office for the Holidays and will not return to the office until next week. Therefore, no signature block for NAS is included on this Stipulation.

Dated this 27th day December, 2017.

LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C.

By: */s/ J. William Ebert*
_____
J. William Ebert, Esq.
Megan H. Hummel, Esq.
9900 Covington Cross Dr., Suite 120
Las Vegas, Nevada 89144
*Attorneys for Defendant
Sunrise Ridge Master HOA*

Dated this 27th day December, 2017.

AKERMAN, LLP

By: */s/ Scott Lachman*
_____
Darren T. Brenner, Esq.
Scott R. Lachman, Esq.
AKERMAN LLP
1635 Village Center, Suite 200
Las Vegas, NV 89134
darren.brenner@akerman.com
scott.lachman@akerman.com
*Attorneys for Plaintiff BANA*

Dated this 27th day December, 2017.

LAW OFFICE OF MICHAEL F. BOHN

By: */s/ Adam R. Trippiedi*
_____
Michael F. Bohn, Esq.
Adam R. Trippiedi, Esq.
Law Office of Michael F. Bohn
376 East Warm Springs, Rd.
Ste #140
Las Vegas, NV 89119
mbohn@bohnlawfirm.com
atrippiedi@bohnlawfirm.com
*Attorney for Daisey Trust*

**ORDER**

IT IS SO ORDERED.

DATED this  28th  day of December, 2017.

_____
UNITED STATES DISTRICT JUDGE