DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
SCOTT R. LACHMAN, ESQ.
Nevada Bar No. 12016
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: darren.brenner@akerman.com
Email: scott.lachman@akerman.com

*Attorneys for Plaintiff Bank of America, N.A.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A.,<br><br>    Plaintiff,<br><br>vs.<br><br>SUNRISE RIDGE MASTER HOMEOWNERS ASSOCIATION; DAISEY TRUST; and NEVADA ASSOCIATION SERVICES, INC.,<br><br>    Defendants.<br><br>DAISEY TRUST,<br><br>    Counterclaimant,<br><br>vs.<br><br>BANK OF AMERICA, N.A.,<br><br>    Counterdefendant. | Case No.: 2:16-cv-00467-MMD-CWH<br><br>**JOINT STATUS REPORT** |

Bank of America, N.A. (**BANA**), Sunrise Ridge Master Homeowners Association, Daisey Trust, and Nevada Association Services, Inc. submit the following joint status report pursuant to the court's order entered January 4, 2018. ECF No. 65.

1. On January 4, 2018, this court stayed this case and denied all pending motions without prejudice pending the Nevada Supreme Court resolving the certified question in *SFR Invs. Pool 1, LLC v. The Bank of New York Mellon f/k/a the Bank of New York as Trustee for the Certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2006-6*, Case No. 72931.

1

45986306;2

The court directed the parties to file a status report within five days of the Nevada Supreme Court answering the certified question and ordered all pending motions may be re-filed within thirty days from the decision. *Id.*

2. The Nevada Supreme Court answered the certified question on August 2, 2018.

3. Discovery remained open at the time the court stayed the case on January 4, 2018. The parties agree, based on the court's order, the stay entered on January 4, 2018 should be lifted and request the court permit the parties 21 days from the stay lifting, up until August 23, 2018, to file a proposed amended discovery plan and scheduling order.

Dated this 7th day of August, 2018.

| **AKERMAN LLP** | **LAW OFFICE OF MICHAEL F. BOHN** |
|---|---|
| */s/ Scott R. Lachman, Esq.* <br> DARREN T. BRENNER, ESQ. <br> Nevada Bar No. 8386 <br> SCOTT R. LACHMAN, ESQ. <br> Nevada Bar No. 12016 <br> 1635 Village Center Circle, Suite 200 <br> Telephone: (702) 634-5000 <br> Facsimile: (702) 380-8572 <br> *Attorneys for Bank of America, N.A.* | */s/ Adam R. Trippiedi, Esq.* <br> MICHAEL F. BOHN, ESQ. <br> Nevada Bar No. 1641 <br> ADAM R. TRIPPIEDI, ESQ. <br> Nevada Bar No. 12294 <br> *2260 Corporate Circle, Suite 480* <br> *Henderson, NV 89074 Attorneys for Defendant Daisey Trust* |
| **LIPSON NEILSON P.C.** | **NEVADA ASSOCIATION SERVICES, INC.** |
| */s/ Megan H. Hummel, Esq.* <br> J. WILLIAM EBERT, ESQ. <br> Nevada Bar No. 2697 <br> MEGAN H. HUMMEL, ESQ. <br> Nevada Bar No. 12414 <br> 9900 Covington Cross Drive, Suite 120 <br> Las Vegas, NV 89144 <br> *Attorneys for Defendant Sunrise Ridge Master Homeowners Association* | */s/ Brandon Wood, Esq.* <br> BRANDON WOOD, ESQ. <br> Nevada Bar No. 12900 <br> 6224 W. Desert Inn Road <br> Las Vegas, Nevada 89146 <br> *Attorneys for Nevada Association Services, Inc.* |

**IT IS SO ORDERED.**

_____

**UNITED STATES MAGISTRATE JUDGE**
DATED: August 8, 2018

2

45986306;2