DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
SCOTT R. LACHMAN, ESQ.
Nevada Bar No. 12016
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone:  (702) 634-5000
Facsimile:  (702) 380-8572
Email:      darren.brenner@akerman.com
Email:      scott.lachman@akerman.com

*Attorneys for Plaintiff Bank of America, N.A.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., <br><br> Plaintiff, <br><br> vs. <br><br> SUNRISE RIDGE MASTER HOMEOWNERS ASSOCIATION; DAISEY TRUST; and NEVADA ASSOCIATION SERVICES, INC., <br><br> Defendants. | Case No.: 2:16-cv-00467-MMD-CWH <br><br> **JOINT STIPULATION AND ORDER FOR EXTENSION OF DISPOSITIVE MOTIONS' BRIEFING SCHEDULE** |
| DAISEY TRUST, <br><br> Counterclaimant, <br><br> vs. <br><br> BANK OF AMERICA, N.A., <br><br> Counterdefendant. | |

Plaintiff Bank of America, N.A. (**BANA**), defendant Sunrise Ridge Master Homeowners Association (**HOA**), defendant Daisey Trust (**Daisey Trust**), and Nevada Association Services, Inc. (**NAS**) submit this stipulation to extend the briefing deadlines to oppose motions for summary judgment and to reply in support of motions for summary judgment.

1.      BANA moved for summary judgment on January 18, 2019.  (ECF No. 77.)

///

1

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

2.      Sunrise Ridge and Daisey Trust moved for summary judgment on January 22, 2019 (ECF Nos. 78-79.)

3.      Sunrise Ridge and Daisey Trust opposed BANA's motion on February 8, 2019.  ECF Nos. 80-81.)

4.      The current deadline for BANA to oppose defendants' motions for summary judgment is February 12, 2019 and to reply in support of its motion is February 22, 2019.

5.      The parties stipulate to extend the deadline for the parties to oppose summary judgment motions until February 22, 2019 and the deadline for parties to reply in support of motions for summary judgment until March 1, 2019.

6.      The continuance is requested because the parties' counsel are currently drafting briefs in numerous HOA foreclosure cases and need additional time to adequately respond to the arguments in the motions and oppositions.

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

47803790;1

7.  This is the first request for extension of these deadlines.

    Dated this 11th day of February, 2019.

**AKERMAN LLP**                          **MICHAEL F. BOHN, ESQ., LTD.**

*/s/ Scott R. Lachman,Esq.*              */s/ Adam R. Trippiedi, Esq.*
DARREN T. BRENNER, ESQ.                  MICHAEL F. BOHN, ESQ.
Nevada Bar No. 8386                      Nevada Bar No. 1641
SCOTT R. LACHMAN, ESQ.                   ADAM R. TRIPPIEDI, ESQ.
Nevada Bar No. 12016                     Nevada Bar No. 12294
1635 Village Center Circle, Suite 200    2260 Corporate Circle, Suite 480
Telephone: (702) 634-5000                Henderson, NV 89074
Facsimile: (702) 380-8572                *Attorneys for Defendant Daisey Trust*
*Attorneys for Bank of America, N.A.*

**LIPSON NEILSON, P.C.**

*/s/ J. William Ebert, Esq.*
JOSEPH P. GARIN, ESQ.
Nevada Bar No. 6653
J. WILLIAM EBERT, ESQ.
Nevada Bar No. 2697
MEGAN H. HUMMEL, ESQ.
Nevada Bar No. 12414
9900 Covington Cross Drive, Suite 120
Las Vegas, NV 89144
*Attorneys for Defendant Sunrise Ridge*
*Master Homeowners Association*

**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT JUDGE**

DATED: _____February 11, 2019_____

47803790;1